Charles K. Mills (SBN 151810)
5440 Trabuco Road
Irvine, CA 92620
Phone: (949) 585-9333
Fax: (949) 585-9334
email: ckmills@msn.com

Attorney for Defendant,
Zahra Mirzadeh

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Lincoln National Life Insurance Company,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>Farkhondeh Mirzadeh, Maedeh Mirzadeh, Soheyla Sandoval, Zahra Mirzadeh, Tahereh Mirzadeh, Mohsen Mirzadeh, And Does 1 through 10, inclusive,<br><br>Defendants-in-Interpleader. | No.: 8:26-cv-01113<br><br>ANSWER OF DEFENDANT-IN-INTERPLEADER, ZAHRA MIRZADEH, TO THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S COMPLAINT-IN-INTERPLEADER FILED ON MAY 7, 2026<br><br>[FRCP 22] |

Comes now Defendant-in-Interpleader Zahra Mirzadeh, who answers Plaintiff-in-Interpleader the Lincoln National Life Insurance Company's Complaint-in-Interpleader Filed on May 7, 2026, as follows:

BACKGROUND FACTS

1. On March 30, 2023, the Lincoln National Life Insurance Company issued life insurance policy no. IUL1062973 insuring the life of Ghasem Mirzadeh.

/ / /

2. The life insurance has a value of $5,000,000.00.

3. This Answering Defendant is Ghasem's sister.

4. On October 6, 2024, Ghasem executed a Beneficiary Designation regarding the life insurance policy. This document designated the beneficiaries of the life insurance policy as follows:

a. Farkhondeh Mirzadeh – 30%

b. Maedeh Mirzadeh – 10%

c. Soheyla Mirzadeh – 32.64%

d. Zahra Mirzadeh – 17.36%

e. Tahereh Mirzadeh – 10%

5. Ghasem died on October 11, 2024.

6. Accordingly, pursuant to the beneficiary designation, this Answering Defendant, Zahra Mirzadeh, is entitled to a distribution 17.36% of the life insurance policy.

SPECIFIC ADMISSIONS AND DENIALS

7. This Answering Defendant admits the allegations in Paragraph 1 of the Complaint filed May 7, 2026.

8. This Answering Defendant admits the allegations in Paragraph 2 of the Complaint filed May 7, 2026.

9. This Answering Defendant admits the allegations in Paragraph 4 of the Complaint filed May 7, 2026.

10. This Answering Defendant admits the allegations in Paragraph 5 of the Complaint filed May 7, 2026.

11. This Answering Defendant admits the allegations in Paragraph 6 of the Complaint filed May 7, 2026.

12. This Answering Defendant admits the allegations in Paragraph 7 of the Complaint filed May 7, 2026.

13. This Answering Defendant neither admits nor denies the allegations in Paragraph 8 of the Complaint filed May 7, 2026.

14. This Answering Defendant admits the allegations in Paragraph 9 of the Complaint filed May 7, 2026.

15. This Answering Defendant admits the allegations in Paragraph 10 of the Complaint filed May 7, 2026.

16. This Answering Defendant admits the allegations in Paragraph 11 of the Complaint filed May 7, 2026.

17. This Answering Defendant admits the allegations in Paragraph 12 of the Complaint filed May 7, 2026.

18. This Answering Defendant admits the allegations in Paragraph 13 of the Complaint filed May 7, 2026.

19. This Answering Defendant admits the allegations in Paragraph 14 of the Complaint filed May 7, 2026.

20. This Answering Defendant denies the allegations in Paragraph 15 of the Complaint filed May 7, 2026, due to a lack of information or belief.

21. This Answering Defendant admits the allegations in Paragraph 16 of the Complaint filed May 7, 2026.

22. This Answering Defendant admits the allegations in Paragraph 17 of the Complaint filed May 7, 2026.

23. This Answering Defendant admits the allegations in Paragraph 18 of the Complaint filed May 7, 2026.

24. This Answering Defendant admits the allegations in Paragraph 19 of the Complaint filed May 7, 2026.

25. This Answering Defendant admits the allegations in Paragraph 20 of the Complaint filed May 7, 2026.

/ / /

26. This Answering Defendant denies the allegations in Paragraph 21 of the Complaint filed May 7, 2026, due to a lack of information or belief.

27. This Answering Defendant denies the allegations in Paragraph 22 of the Complaint filed May 7, 2026, due to a lack of information or belief.

28. This Answering Defendant denies the allegations in Paragraph 23 of the Complaint filed May 7, 2026, due to a lack of information or belief.

29. Regarding Paragraph 24 of the Complaint filed May 7, 2026, this Answering Defendant incorporates her above responses.

30. This Answering Defendant admits the allegations in Paragraph 25 of the Complaint filed May 7, 2026.

31. This Answering Defendant admits the allegations in Paragraph 26 of the Complaint filed May 7, 2026.

32. This Answering Defendant admits the allegations in Paragraph 27 of the Complaint filed May 7, 2026.

33. This Answering Defendant admits the allegations in Paragraph 28 of the Complaint filed May 7, 2026.

34. Regarding Paragraph 29 of the Complaint filed May 7, 2026, Lincoln alleges that it will take certain actions in the future, therefore this paragraph is neither admitted nor denied.

35. Regarding Paragraph 30 of the Complaint filed May 7, 2026, this Answering Defendant incorporates her above responses.

36. This Answering Defendant admits the allegations in Paragraph 31 of the Complaint filed May 7, 2026.

37. This Answering Defendant denies the allegations in Paragraph 32 of the Complaint filed May 7, 2026, due to a lack of

information or belief

38. This Answering Defendant admits the allegations in Paragraph 33 of the Complaint filed May 7, 2026.

39. This Answering Defendant admits the allegations in Paragraph 34 of the Complaint filed May 7, 2026.

40. This Answering Defendant admits the allegations in Paragraph 35 of the Complaint filed May 7, 2026.

41. Regarding Paragraph 36 of the Complaint filed May 7, 2026, this Answering Defendant incorporates her above responses.

42. The allegations of Paragraph 37 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

43. The allegations of Paragraph 38 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

44. The allegations of Paragraph 39 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

45. The allegations of Paragraph 40 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

46. The allegations of Paragraph 41 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

47. The allegations of Paragraph 42 do not pertain to this Answering Defendant and therefore these allegations are neither admitted nor denied.

/ / /

## CONCLUSION

Wherefore, this Answering Defendant requests:

1. That the Complaint-in-Interpleader filed on May 7, 2026, be denied;

2. That this Answering Defendant be awarded attorney fees and costs; and

3. Any other relief deemed appropriate by the Court.

Dated: September 1, 2026 Respectfully Submitted,

Charles Mills

Charles K. Mills, Attorney for Zahra Mirzadeh

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is 5440 Trabuco Road, Irvine, CA 92620.

On September 1, 2026, at 5440 Trabuco Road, Irvine, CA 92620, following ordinary business practices, I served the attached Answer of Defendant-in-interpleader, Zahra Mirzadeh, to the Lincoln National Life Insurance Company's Complaint-in-Interpleader Filed on May 7, 2026, enclosed in a sealed envelope, with postage paid, for collection and delivery by United States Mail on the following:

**PLEASE SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under the practice it would be deposited with the U.S. Postal Service on the same day with the postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2026, at Irvine, California.

Patricia M. Mills

Patricia M. Mills

**SERVICE LIST**

James J. Hockel, Esq.
Jenny H. Wang, Esq.
201 California Street, Suite 400
San Francisco, CA 94111

Roger J. Buffington, Esq.
Rye Mhtar, Esq.
Buffington Law Firm, PC
4611 Teller Ave., Suite 1
Newport Beach, CA 92660

Geoffrey J. Farwell, Esq.
Weiner Law
12626 High Bluff Drive Ste. 440
San Diego CA, 92130

Jeffery Percell Boykin, Esq.
Law Offices of Jeffery P. Boykin
319 Fayetteville Street, Ste 309
Raleigh, NC 27601-1975

Gordon Stuart, Esq.
Buchalter, LLP
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Maedeh Mirzadeh
Ortmannsweg 3
47918 Tonisvorst, Germany