Roger J. Buffington (State Bar No. 191960)
Rye Mhtar (State Bar No. 330837)
Buffington Law Firm, PC
4611 Teller Ave. Suite 110
Newport Beach, CA 92660
Main: (714) 842-6124
Fax: (714) 842-6134
notice@buffingtonlawfirm.com

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>PLAINTIFF<br><br>V.<br><br>FARKHONDEH MIRZADEH, MAEDEH MIRZADEH, SOHEYLA SANDOVAL, ZAHRA MIRZADEH, TAHEREH MIRZADEH, MOHSEN MIRZADEH, DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Civil Action No.: 8:26-cv-01113-JVS-JDE<br><br>**DEFENDANT MOHSEN MIRZADEH'S NOTICE OF MOTION AND MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**<br><br>**[Filed Concurrently Herewith 1) Memorandum of Points and Authorities; 2) Declaration of Rye Mhtar, Esq.; 3) Proposed Order; 4) Proof of Service]**<br><br>Date:<br>Time:<br>Dept.: 10C<br>Judge: Honorable James V. Selna |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT ON** _________________, at ____________________ or as soon thereafter as the matter may be heard in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Defendant Mohsen Mirzadeh ("Defendant") will and hereby does move the Court for an order staying this federal action pending resolution of the parallel state-court action captioned Mohsen Mirzadeh v. Soheyla Sandoval, case no. 30-2025-01508082-CU-MC-CJC, pending in the Superior Court of California, County of Orange.

This Motion is made on the ground that the *Colorado River* Doctrine established in *Colo. River Water Conservation Dist. v. United States*, (1976) 424 U.S. 800. This federal action is duplicative of and will substantially interfere with an already developed California state action. The state action will resolve all issues that Plaintiff Lincoln now attempts to litigate in federal court, and it is a preferable jurisdiction to decide this case due to the application of California law.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Rye Mhtar, Esq., all pleadings and records on file in this action, any matters of which the Court may take judicial notice, and such further oral or documentary evidence as may be presented before or at the hearing.

**MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**

Defendant Mohsen Mirzadeh hereby moves, pursuant to the *Colorado River* Doctrine for duplicative and unnecessary federal court litigation. *Colo. River Water Conservation Dist. v. United States*, (1976) 424 U.S. 800 permits federal courts to stay a federal case when there is parallel state court litigation and when the stay would promote the wise deployment of judicial resources. Since the underlying state litigation would fully resolve the issues presented in the federal complaint, and since the federal complaint would needlessly interfere with a complex state court process, the Court should place a stay in this case.

Dated: September 4, 2026

Buffington Law Firm PC

Roger J. Buffington
Rye Mhtar
Attorneys for Defendant Mohsen Mirzadeh

Roger J. Buffington (State Bar No. 191960)
Rye Mhtar (State Bar No. 330837)
Buffington Law Firm, PC
4611 Teller Ave Suite 110
Newport Beach, CA 92660
Main: (714) 842-6124
notice@buffingtonlawfirm.com

Attorneys for Defendant Mohsen Mirzadeh

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>PLAINTIFF<br><br>V.<br><br>FARKHONDEH MIRZADEH, MAEDEH MIRZADEH, SOHEYLA SANDOVAL, ZAHRA MIRZADEH, TAHEREH MIRZADEH, MOHSEN MIRZADEH, DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Civil Action No.: 8:26-cv-01113-JVS-JDE<br><br>**DEFENDANT MOHSEN MIRZADEH'S PROOF OF SERVICE MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**<br><br>**[Filed Concurrently Herewith 1) Notice of Motion and Motion; 2) Memorandum of Points and Authorities; 3) Declaration of Rye Mhtar, Esq.; 4) Proposed Order]**<br><br>Date:<br>Time:<br>Dept.: 10C<br>Judge: Honorable James V. Selna |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4611 Teller Ave., Suite 110, Newport Beach, CA 92660.

On September 8, 2026, I served the foregoing document described as:

- **DEFENDANT MOSHEN MIRZADEH'S NOTICE OF MOTION AND MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**
- **DEFENDANT MOSHEN MIRZADEH'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**
- **DECLARATION OF RYE MHTAR, ESQ. IN SUPPORT OF NOTICE OF MOTION AND MOTION TO STAY FOR INTERFERENCE WITH THE STATE COURT ACTION**
- **DEFENDANT MOSHEN MIRZADEH'S [PROPOSED] ORDER GRANTING DEFENDANT MOSHEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**

in the following manner: *(X) Via U.S. Mail & (X) E-Service*

| | |
|---|---|
| Gordon C. Stuart, Esq.<br>Buchalter LLC<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>gstuart@buchalter.com<br><br>Attorney for Defendant Soheyla Sandoval | Charles Mills, Esq.<br>5440 Trabuco Road<br>Irvine, CA, 92620<br>ckmills@msn.com<br><br>Attorney for Defendant Zahara Mirzadeh |
| Jeffery P. Boykin<br>325 Front St, Pmb 415,<br>Evanston, WY 82930-3633<br>jefferypboykin@gmail.com<br><br>Attorney for Farkhondeh Mirzadeh and Tahereh Mirzadeh | James J. Hockel<br>Jenny H. Wang<br>201 California Street, Suite 400<br>San Francisco, CA 94111<br>jhockel@maynardnexsen.com<br>JWang@maynardnexsen.com<br><br>Attorneys for The Lincoln National Life Insurance Company |

| | |
|---|---|
| Brent Dorian Brehm, Esq.<br>Dorian Law P.C.<br>4500 Park Granada, Ste. 202<br>Calabasas, CA 91302<br>brent@dorianlaw.com<br><br>Attorney for Maedeh Mirzadeh | |

Electronic Mail: I caused such document to be transmitted by electronic mail transmission to the person(s) and address(es) listed herein and/or their attorneys of record as stated above and/or on the attached service list to their known electronic mail address(es). The document(s) was/were transmitted by electronic mail.

As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange County, California, in the ordinary course of business. The envelope is sealed and placed for collection and mailing on this date, following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in this affidavit.

Executed on September 8, 2026 at Orange County, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Krysti Torrey
Krysti Torrey