JENNY H. WANG (SBN 191643)
jwang@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4344

JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646,4704
Facsimile: 205.254.1999

Attorneys for Plaintiff-in-Interpleader
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

v.

FARKHONDEH MIRZADEH, *et al.*,

Defendants-in-Interpleader.

Case No. 8:26-cv-01113-JVS-JDE

*Hon. James V. Selna*

**DECLARATION OF SHERRY SMITH IN SUPPORT OF PLAINTIFF-IN-INTERPLEADER THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT-IN-INTERPLEADER MOHSEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE COLORADO RIVER DOCTRINE**

*[filed simultaneously with Opposition to Motion to Stay]*

Date: October 19, 2026
Time: 1:30 p.m.
Courthouse: Reagan – Santa Ana
Courtroom: 10C

Complaint filed: May 7, 2026

**DECLARATION OF SHERRY SMITH**

I, Sherry Smith, declare as follows:

1. I am Assistant Vice President of Claims for The Lincoln National Life Insurance Company ("Lincoln"). The statements made herein are based upon my personal knowledge, some of which has been ascertained from the business records generated and maintained by Lincoln in its ordinary course of business. If called as a witness, I could and would competently testify to the following matters.

2. I am familiar with the manner in which Lincoln maintains its records related to the issuance of policies, processing of beneficiary changes, and handling of claims. It is Lincoln's practice and procedure to maintain records and to document acts and events concerning the issuance of policies, processing of beneficiary changes, and handling of claims at or about the time such records are received or such acts or events occur. I consider Lincoln's records to be reliable business records. I have reviewed the documents related to the policy at issue in this action.

3. On March 30, 2023, Lincoln issued life insurance policy no. IUL1062973 (the "Policy") insuring the life of the Decedent Ghasem Mirzadeh ("Decedent"). Attached hereto as **Exhibit A** is a true and correct copy of the Policy.

4. In or around December 2023, Lincoln received a signed beneficiary designation from the Decedent dated December 19, 2023 (the "2023 Beneficiary Designation"). Attached hereto as **Exhibit B** is a true and correct copy of the 2023 Beneficiary Designation.

5. In or around October 2024, Lincoln received a signed beneficiary designation from the Decedent dated October 6, 2024 (the "2024 Beneficiary Designation"). Attached hereto as **Exhibit C** is a true and correct copy of the 2024 Beneficiary Designation.

6. In December 2024, Lincoln received proof of Decedent's death from Soheyla Sandoval (née Mirzadeh).

7. At the time of Decedent's death, the beneficiary designation of record for the Policy was the 2024 Beneficiary Designation.

8. On January 24, 2025, Soheyla submitted a claim to Lincoln for her share of the death benefits.

9. Lincoln paid Soheyla 32.64% of the benefits in accordance with the 2024 Beneficiary Designation of record, or $1,636,856.83. That amount included $4,856.83 for interest.

10. On January 31, 2025, Lincoln received an email from Mr. Sam Goldstein, Esq. of the Buffington Law Firm, PC ("Buffington Firm"). Attached hereto as **Exhibit D** is a true and correct copy of Mr. Goldstein's January 31, 2025, email.

11. Mr. Goldstein's January 31, 2025, email was the first time Lincoln was made aware of any dispute concerning the validity of Decedent's beneficiary designation of record.

12. Attached hereto as **Exhibit E** is a true and correct copy of the PDF document that was retrieved by clicking on the link in Mr. Goldstein's January 31, 2025, email.

13. Lincoln is currently in possession of the remaining Policy benefits, totaling $3,368,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Done this 28th day of September, 2026, at Greensboro, North Carolina.

SHERRY L. SMITH

# PROOF OF SERVICE

COUNTY OF SAN FRANCISCO )
STATE OF CALIFORNIA )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 201 California Street, Suite 400, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DECLARATION OF SHERRY SMITH IN SUPPORT OF PLAINTIFF-IN-INTERPLEADER THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT-IN-INTERPLEADER MOHSEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE COLORADO RIVER DOCTRINE**

**[X ] (BY CM/ECF ELECTRONIC SERVICE)**: The interested party(ies) set forth below are registered CM/ECF users with the Court,and have consented to service through the Court's automatic transmission of a notice of filing.

Gordon C. Stuart, Esq.
Buchalter LLC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
gstuart@buchalter.com
Attorney for Defendant Soheyla Sandoval

Charles Mills, Esq.
5440 Trabuco Road
Irvine, CA, 92620
ckmills@msn.com
Attorney for Defendant Zahara Mirzadeh

Jeffery P. Boykin
325 Front St, Pmb 415,
Evanston, WY 82930-3633
jefferypboykin@gmail.com
Attorney for Farkhondeh Mirzadeh and Tahereh Mirzadeh

Brent Dorian Brehm, Esq.
Dorian Law P.C.
4500 Park Granada, Ste. 202
Calabasas, CA 91302
brent@dorianlaw.com
Attorney for Maedeh Mirzadeh

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 28, 2026, in San Francisco, California

Sam Roberson