Roger J. Buffington (State Bar No. 191960)
Rye Mhtar (State Bar No. 330837)
Buffington Law Firm, PC
4611 Teller Ave., Suite 110
Newport Beach, CA 92660
Main: (714) 842-6124
Fax: (714) 842-6134
notice@buffingtonlawfirm.com

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>PLAINTIFF<br><br>V.<br><br>FARKHONDEH MIRZADEH, MAEDEH MIRZADEH, SOHEYLA SANDOVAL, ZAHRA MIRZADEH, TAHEREH MIRZADEH, MOHSEN MIRZADEH, DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Civil Action No.: 8:26-cv-01113-JVS-JDE<br><br>**DECLARATION OF RYE MHTAR, ESQ. IN SUPPORT OF DEFENDANT MOHSEN MIRZADEH'S RESPONSE TO THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT MOHSEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**<br><br>**[Filed Concurrently Herewith]**<br><br>Date: October 19, 2026<br>Time: 1:30 p.m.<br>Dept.: 10C<br>Judge: Honorable James V. Selna |

**DECLARATION OF RYE MHTAR**

I, Rye Mhtar, Esq., declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am an attorney with Buffington Law Firm, PC, counsel of record for Defendant Mohsen Mirzadeh ("Defendant") in this action. I have personal knowledge of the matters stated herein, except where stated upon information and belief, and if called as a witness, I could and would competently testify thereto.
2. I make this declaration in support of Defendant Mohsen Mirzadeh's Response to The Lincoln National Life Insurance Company's Opposition to Defendant Mohsen Mirzadeh's Motion to Stay Pursuant to the *Colorado River* Doctrine.
3. I have represented Defendant in connection with the disputes concerning the life insurance proceeds and beneficiary designations that are the subject of this federal action, as well as the related state court action filed in the Superior Court of California, County of Orange, entitled Mohsen Mirzadeh v. Soheyla Sandoval, Case No. 30-2025-10597972-CU-MC-CJC (the "State Civil Matter"), and the related probate proceeding is also pending in the Superior Court of California, County of Orange, entitled In Re: The 2018 Ghasem Mirzadeh Trust dated June 13, 2018, Case No. 30-2025-01455673-PR-TR-CMC (the "Trust Litigation Matter").Through that representation, I have participated in communications with Plaintiff The Lincoln National Life Insurance Company ("Lincoln"), participated in and supervised discovery and litigation activity in the State Civil Matter and Trust Litigation Matter, and reviewed the pleadings and court records in the related proceedings.
4. On August 26, 2025, Defendant commenced The State Civil Matter. The State Civil Matter concerns, among other things, the validity of competing beneficiary designations and entitlement to the life insurance proceeds that are also at issue in this federal action.
5. The Trust Litigation Matter was filed on January 24, 2025.
6. All of the beneficiaries to the life insurance policy that Lincoln holds the funds for have been notified of the State Civil Matter and the Trust Litigation Matter. All of the

beneficiaries have retained counsel, and I have communicated with each of them. Every beneficiary has been made aware of and given an opportunity to become a party to the State Civil Matter and the Trust Litigation Matter.

7. All of the beneficiaries and interested parties to the State Civil Matter and Trust Litigation Matter, including Lincoln, have a planned mediation scheduled to take place on December 1, 2026. The Mediation was set up pursuant to the Trust Litigation Matter, but the parties involved in the Trust Litigation Matter, the State Civil Matter, and Federal Interpleader Matter have met, conferred, and agreed to participation in the Mediation to potentially create a resolution between all three matters.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at Newport Beach, California.

Rye Mhtar, Esq.



https://buffingtonlawfirm-my.sharepoint.com/personal/blfadmin_buffingtonlawfirm_com/Documents/Clients 2025/Mirzadeh-TRST-2024-X/Federal Complaint/Pleadings/4 - Motion to Stay/Reply to Lincoln Life's Opposition to Motion to Stay/2. Declaration of Rye Mhtar.docx

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4611 Teller Ave., Suite 110, Newport Beach, CA 92660.

On October 6, 2026, I served the foregoing document described as:

- **DEFENDANT MOHSEN MIRZADEH'S RESPONSE TO THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT MOHSEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**
- **DECLARATION OF RYE MHTAR, ESQ. IN SUPPORT OF DEFENDANT MOHSEN MIRZADEH'S RESPONSE TO THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S OPPOSITION TO DEFENDANT MOHSEN MIRZADEH'S MOTION TO STAY PURSUANT TO THE *COLORADO RIVER* DOCTRINE**

in the following manner: *(X) Via U.S. Mail & (X) E-SERVICE*

| | |
|---|---|
| Gordon C. Stuart, Esq.<br>Buchalter LLC<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>gstuart@buchalter.com<br><br>Attorney for Defendant Soheyla Sandoval | Charles Mills, Esq.<br>5440 Trabuco Road<br>Irvine, CA, 92620<br>ckmills@msn.com<br><br>Attorney for Defendant Zahara Mirzadeh |
| Jeffery P. Boykin<br>325 Front St, Pmb 415,<br>Evanston, WY 82930-3633<br>jefferypboykin@gmail.com<br><br>Attorney for Farkhondeh Mirzadeh and Tahereh Mirzadeh | James J. Hockel<br>Jenny H. Wang<br>201 California Street, Suite 400<br>San Francisco, CA 94111<br>jhockel@maynardnexsen.com<br>JWang@maynardnexsen.com<br><br>Attorneys for The Lincoln National Life Insurance Company |
| Brent Dorian Brehm, Esq.<br>Dorian Law P.C.<br>4500 Park Granada, Ste. 202<br>Calabasas, CA 91302<br>brent@dorianlaw.com<br><br>Attorney for Maedeh Mirzadeh | |

| | |
|---|---|
| | |

Electronic Mail: I caused such document to be transmitted by electronic mail transmission to the person(s) and address(es) listed herein and/or their attorneys of record as stated above and/or on the attached service list to their known electronic mail address(es). The document(s) was/were transmitted by electronic mail.

As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange County, California, in the ordinary course of business. The envelope is sealed and placed for collection and mailing on this date, following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in this affidavit.

Executed on October 6, 2026 at Orange County, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Krysti Torrey

Krysti Torrey