JENNY H. WANG (SBN 191643)
jwang@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4344

JAMES J. HOCKEL (SBN 340612)
jhockel@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646,4704
Facsimile: 205.254.1999

Attorneys for Plaintiff-in-Interpleader
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff-in-Interpleader,

v.

FARKHONDEH MIRZADEH, *et al.*,

Defendants-in-Interpleader.

Case No. 8:26-cv-01113-JVS-JDE

*Hon. James V. Selna*

**PLAINTIFF-IN-INTERPLEADER THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S APPLICATION TO DEPOSIT INTERPLEADER FUNDS; [PROPOSED] ORDER**

Complaint filed: May 7, 2026

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff-in-Interpleader The Lincoln National Life Insurance Company ("Lincoln") hereby applies to the Court for an Order directing the Clerk of the Court to accept from Lincoln a check comprising the stake at issue in Count I of its Complaint-in-Interpleader, and to deposit said check into an interest-bearing account.

The stake at issue consists of the amount of $3,438,601.52, which represents the policy benefit at issue ($3,368,000.00) and interest ($70,601.52.).

This application is made pursuant to 28 U.S.C. § 1335, Rule 67 of the Federal Rules of Civil Procedure, and Civil Local Rule 67, and is based on the allegations of the Complaint-in-Interpleader filed by Lincoln in this action.

Dated: October 30, 2026

MAYNARD NEXSEN LLP

By: */s/ James J. Hockel*
JENNY H. WANG
JAMES J. HOCKEL
Attorneys for Plaintiff-in-Interpleader The Lincoln National Life Insurance Company

**[PROPOSED] ORDER**

Based on the above Application, and GOOD CAUSE appearing, the Court hereby ORDERS the Clerk of the Court to accept Plaintiff-in-Interpleader The Lincoln National Life Insurance Company's check in the amount of $3,438,601.52, made payable to the "Clerk of the U.S. District Court for the Central District of California" and to deposit it into an interest-bearing account pursuant to Civil Local Rule 67.

Dated:

HON. JAMES V. SELNA
SENIOR U.S. DISTRICT JUDGE